IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division
Case Number: 1:04CV197

FILED
ASHEVILLE, N. C.
JUL 26 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

Brandy Pearson,

    Plaintiff,

vs.

William David Bryant, Jr.,

    Defendant.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this matter is hereby dismissed without prejudice by consent of the parties. Plaintiff shall have one year from the date of dismissal to re-file this action is she so chooses, pursuant to Rule 41(a)(1) of the North Carolina Rules of Civil Procedure. See *Bockweg v. Anderson*, 328 N.C. 436, 402 S.E.2d 627 (S.Ct. 1990).

IT IS SO ORDERED.

Dated: 7-25-05

_____
United States District Court Judge

WE HEREBY CONSENT:

_____
William D. Herlong (NC Bar No. 12985)
111 E. North Street
Greenville, South Carolina 29601-2109
(864) 255-9255
Attorney for Plaintiff

_____
Amita Dhaliwal
Dhaliwal Law Office, PLLC
9 S.W. Pack Square, Suite 203
Asheville, NC 28801
Attorney for Defendant